# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kenton, Victor B. | U.S. District Court | 05/08/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge: Full Time | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States Courthouse
255 E. Temple St., Chambers 5100
Los Angeles, CA 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenton, Victor B. | 05/08/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | California State Teacher's Retirement |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenton, Victor B. | 05/08/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenton, Victor B. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Active Portfolio Mult Manager Small Cap Equity CL A | A | Dividend | J | T | | | | | |
| 2. | | | | | | Sold (part) | 01/24/14 | J | A | |
| 3. | | | | | | Buy (add'l) | 04/02/14 | J | | |
| 4. | | | | | | Buy (add'l) | 04/09/14 | J | | |
| 5. | | | | | | Buy (add'l) | 04/21/14 | J | | |
| 6. | | | | | | Sold (part) | 07/15/14 | J | A | |
| 7. | | | | | | Buy (add'l) | 10/16/14 | J | | |
| 8. | Active Portfolio Mult Mgr Core Plus Bond CL A | A | Dividend | K | T | | | | | |
| 9. | | | | | | Sold (part) | 01/24/14 | J | A | |
| 10. | | | | | | Buy (add'l) | 04/02/14 | J | | |
| 11. | | | | | | Buy (add'l) | 04/09/14 | J | | |
| 12. | | | | | | Buy (add'l) | 04/21/14 | J | | |
| 13. | | | | | | Buy (add'l) | 07/15/14 | J | | |
| 14. | | | | | | Sold (part) | 10/16/14 | J | A | |
| 15. | Active Portfolio Multi-Growth (Formerly Columbia Act Port Div Eqty) | A | Dividend | J | T | | | | | |
| 16. | | | | | | Sold (part) | 01/24/14 | J | A | |
| 17. | | | | | | Buy (add'l) | 04/02/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 04/09/14 | J | | |
| 19. | | | | | Buy<br>(add'l) | 04/21/14 | J | | |
| 20. | | | | | Sold<br>(part) | 10/16/14 | J | A | |
| 21. Active Porfolio Multi-Value (Formerly Columbia Act Port Sel Large Cap) | A | Dividend | J | T | | | | | |
| 22. | | | | | Buy<br>(add'l) | 04/02/14 | J | | |
| 23. | | | | | Buy<br>(add'l) | 04/09/14 | J | | |
| 24. | | | | | Sold<br>(part) | 07/15/14 | J | A | |
| 25. | | | | | Buy<br>(add'l) | 10/16/14 | J | | |
| 26. American Century Mid Cap Value CL | A | Dividend | J | T | Buy | 10/16/14 | J | | |
| 27. Ameriprise Insured Money Market | A | Interest | J | T | | | | | |
| 28. Ameriprise One Financial Account Cash (Y) | | | | | | | | | |
| 29. Blackrock High Yield Bond Investor CL A | A | Dividend | | | Buy<br>(add'l) | 04/02/14 | J | | |
| 30. | | | | | Sold | 07/15/14 | J | A | |
| 31. Blackrock Inflation Projected Bond Investor | A | Dividend | | | Buy<br>(add'l) | 04/02/14 | J | | |
| 32. | | | | | Sold | 04/21/14 | J | A | |
| 33. Columbia Income Opportunity | A | Dividend | J | T | | | | | |
| 34. | | | | | Buy<br>(add'l) | 04/02/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenton, Victor B. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 04/09/14 | J | | |
| 36. Constitution Equity II Limited Partnership | A | Dividend | K | W | | | | | |
| 37. Corporate Property Assoc Global Real Estate Trust | | None | | | Merged (with line 100) | 02/03/14 | L | | |
| 38. Dreyfus Cash Management Administrative Shares (X) | | None | J | T | | | | | |
| 39. Eaton Vance FLTG Rate & High Income CL A | A | Dividend | J | T | | | | | |
| 40. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 41. | | | | | Buy (add'l) | 04/09/14 | J | | |
| 42. Fid VIP Contrafd Cl 2 | | None | | | Merged (with line 92) | 03/31/14 | J | | |
| 43. Fidelity VIP III Mcap | | None | | | Merged (with line 92) | 03/31/14 | J | | |
| 44. Fidelity VIP Overseas | | None | | | Merged (with line 92) | 03/31/14 | J | | |
| 45. General Electric | A | Dividend | J | T | | | | | |
| 46. Government National Mortgage Association (IRA) | A | Interest | J | T | | | | | |
| 47. | | | | | Sold (part) | 03/17/14 | J | A | |
| 48. Goldman Sachs Mid Cap Value CL A | A | Dividend | | | Buy (add'l) | 04/02/14 | J | | |
| 49. | | | | | Buy (add'l) | 04/09/14 | J | | |
| 50. | | | | | Sold (part) | 10/16/14 | J | A | |
| 51. | | | | | Sold | 10/16/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenton, Victor B. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. JP Morgan Income Opportunity CL A | A | Dividend | J | T | | | | | |
| 53. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 54. | | | | | Buy (add'l) | 04/09/14 | J | | |
| 55. JPMorgan Large Cap Growth CL A | A | Dividend | J | T | | | | | |
| 56. | | | | | Sold (part) | 01/24/14 | J | A | |
| 57. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 58. | | | | | Buy (add'l) | 04/09/14 | J | | |
| 59. | | | | | Buy (add'l) | 04/21/14 | J | | |
| 60. | | | | | Sold (part) | 07/15/14 | J | A | |
| 61. MFS Emerging Markets Debt CL A | A | Dividend | J | T | | | | | |
| 62. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 63. | | | | | Buy (add'l) | 04/09/14 | J | | |
| 64. | | | | | Sold (part) | 10/16/14 | J | A | |
| 65. MFS Intl Value CL A | A | Dividend | J | T | | | | | |
| 66. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 67. | | | | | Buy (add'l) | 04/09/14 | J | | |
| 68. | | | | | Buy (add'l) | 04/21/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenton, Victor B. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 70. MFS Value CL A | A | Dividend | J | T | | | | | |
| 71. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 72. | | | | | Buy (add'l) | 04/09/14 | J | | |
| 73. | | | | | Sold (part) | 07/15/14 | J | A | |
| 74. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 75. Oppenheimer Glbl Strtgc | | None | | | Merged (with line 92) | 03/31/14 | J | | |
| 76. Oppenheimer Intl Growth CL A | A | Dividend | J | T | | | | | |
| 77. | | | | | Buy (add'l) | 01/27/14 | J | | |
| 78. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 79. | | | | | Buy (add'l) | 04/09/14 | J | | |
| 80. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 81. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 82. Oppenheimer Sr. Floating Rate | | None | | | Sold | 04/01/14 | J | A | |
| 83. Prudential Global Real Estate CL A | A | Dividend | J | T | | | | | |
| 84. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 85. | | | | | Buy (add'l) | 04/09/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenton, Victor B. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 07/15/14 | J | A | |
| 87. Prudential Jennison Mid Cap Growth CL A | A | Dividend | J | T | | | | | |
| 88. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 89. | | | | | Buy (add'l) | 04/09/14 | J | | |
| 90. Ramco-Gershenson | A | Dividend | J | T | | | | | |
| 91. Riversource Life Ins. Co RAVA 5 Advantage Variable Annuity | D | Int./Div. | N | T | | | | | |
| 92. Riversource Variable Univ. Life VP Mod. CL2 | C | Int./Div. | L | T | | | | | |
| 93. Rocket Fuel | | None | J | T | | | | | |
| 94. Royce Micro Cap | | None | | | Merged (with line 92) | 03/31/14 | J | | |
| 95. Wells Fargo Adv Emerging Markets Equity CL A | A | Dividend | J | T | | | | | |
| 96. | | | | | Buy (add'l) | 01/24/14 | J | | |
| 97. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 98. | | | | | Buy (add'l) | 04/09/14 | J | | |
| 99. | | | | | Sold (part) | 07/15/14 | J | A | |
| 100. WP Carey Inc (Fomerly Corporate Property Assoc-Global Real Estate) | | None | | | Open | 02/03/14 | L | | |
| 101. | | | | | Buy (add'l) | 02/03/14 | J | | |
| 102. | | | | | Sold | 04/01/14 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenton, Victor B. | 05/08/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Line 15; Columbia Active Portfolios Diversified Equity Income was renamed Active Portfolio Mulit-Manager Growth.

Part VII Line 21; Columbia Active Portfolios Select Large Cap was renamed Active Portfolio Multi-Manager Value CL A.

Part VII Line 36; Constitution Equity II Limited Partnership was valued on 02/01/2015 at $43,351.50. This amount was used as an estimate for the period ending 12/31/2014.

Part VII Line 91; Riversource Life Insurance Co. RAVA 5 Variable Annutiy is not self-directed.

Part VII Line 100: WP Carey Inc. was opened as a result of a merger from line 37 Corporate Property Assoc Global Real Estate Trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Victor B. Kenton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544